**[J-87-2015]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 47 MAP 2015 |
| | : | |
| Appellant | : | Appeal from the Order of the Superior |
| | : | Court at No. 935 MDA 2013 dated April |
| | : | 29, 2014 affirming the order of the |
| v. | : | Luzerne County Court of Common |
| | : | Pleas, Criminal Division, at No. CP-40- |
| | : | CR-0003474-2012 dated May 14, 2013. |
| JOSEPH WALTER DERHAMMER, | : | |
| | : | SUBMITTED:  October 22, 2015 |
| Appellee | : | |

## ORDER

**PER CURIAM**                                                                            **DECIDED: May 25, 2016**

AND NOW, this 25th day of May, 2016, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED**.